IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL JOLIVETTE,** | CIV S 08-0189 LKK KJM P |
| Petitioner, | **ORDER GRANTING ENLARGEMENT OF TIME** |
| v. | |
| **PEOPLE OF THE STATE OF CALIFORNIA,** | |
| Respondent. | |

Respondent's request for an extension of time (docket entry #8) is granted. Respondent's response to the Order to Show Cause is due on August 14, 2008. Petitioner's response is due 30 days from that date.

IT IS SO ORDERED.

DATED: June 26, 2008.

U.S. MAGISTRATE JUDGE

*Jolivette v. People* -Order Granting Enlargement Of Time - CIV S 08-0189 LKK KJM P

1