

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL PATRICK JOLIVETTE, | ) | NO. CV08-189-GHK |
| Petitioner, | ) ) ) | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | ) ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) | |
| Respondent. | ) | |

This matter is before us on Petitioner Paul Patrick Jolivette's petition for writ of habeas corpus. Jolivette challenges his conviction in state court proceedings in Solano County Superior Court. We have considered the petition, and respondent's answer. Petitioner has not filed a reply.

Petitioner claims that (1) there was insufficient evidence to sustain his conviction under California Penal Code Section 288.2, (2) the trial court erred in failing to include a unanimity instruction as to the underlying conduct charged in count 5, and (3) the trial court improperly denied his motion for new trial without holding an evidentiary hearing.

This petition is governed by the provisions of the Anti-terrorism and Effective Death Penalty Act of 1996. Having fully considered the petition (including the extensive arguments presented in his petition for review filed before the California Supreme Court which we deem incorporated into this petition) and respondent's answer, we conclude that for the reasons set forth in respondent's answer, the state court's decision in rejecting the petition was not "contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States . . . ." 28 U.S.C. Section 2254(d)(1).

Accordingly, this petition is DENIED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: MAY 13, 2009

George H. King[1]
United States District Judge

---

[1] United States District Judge for the Central District of California sitting by designation.