E-Filed: **5/18/09**
JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Paul Jolivette,** | **CASE NO. CV 08-189-GHK** |
| Petitioner, | |
| v. | **Judgment** |
| **People of the State of California,** | |
| Respondent. | |

Pursuant to our May 13, 2009 Order denying Petitioner Paul Jolivette's Petition for Writ of Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **DENIED with prejudice**.

**IT IS SO ORDERED.**

DATED: May 18, 2009

_____
GEORGE H. KING
United States District Judge[1]

---

[1] United States District Judge for the Central District of California sitting by designation.