# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Jolivette,<br><br>    Petitioner,<br><br>    v.<br><br>People of the State of California,<br><br>    Respondent. | CASE NO. CV 08-189-GHK<br><br>Order Denying Certificate of Appealablity |

The Court has reviewed the Petitioner's "Notice of Appeal and Request for Certificate of Appealability" filed July 17, 2009.

**IT IS ORDERED** that the Petition for Issuance of Certificate of Appealability ("COA") is **DENIED**. To obtain a COA, a habeas prisoner must make a substantial showing of the denial of a constitutional right, which "includes showing that reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *See Slack v. McDaniel*, 529 U.S. 473, 483–484 (2000) (citations and quotations omitted). Petitioner has made no such a showing here.

//

//

**IT IS FURTHER ORDERED** that the Clerk shall serve copies of this Order, by United States mail, on Petitioner and counsel for Respondent

**IT IS SO ORDERED.**

DATED: July 28, 2009

_____
GEORGE H. KING
United States District Judge[1]

---

[1] United States District Judge for the Central District of California sitting by designation.